LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
LEONE & ALBERTS
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA  94520
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail: lleone@leonealberts.com
          cleed@leonealberts.com
          sgordon@leoneablerts.com

Attorneys for Defendants CITY OF GILROY, DIANA CASEY, ADAM MOON, ANDREW LOPEZ, CAMERON HELMS, DIANA BARRETT, JUAN GUEVERA and SCOT SMITHEE

GUSTAVO MAGANA, ESQ. (SBN: 305970)
THE LAW OFFICE OF GUSTAVO MAGANA
4701 Patrick Henry Dr. Bldg 16 Suite 15F
Santa Clara, CA 95054
Telephone:   (408) 430-0411
Facsimile:    (800) 650-9326
E-Mail:      Gmaganaesq@gmail.com

Attorneys for Plaintiff ALAN OLVERA

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN OLVERA;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF GILROY, DIANA CASEY in her individual and official capacity, ADAM MOON in his individual and official capacity, ANDREW LOPEZ in his individual and official capacity, CAMERON HELMS in his individual and official capacity, DIANA BARRETT in her individual and official capacity, JUAN GUEVERA in his individual and official capacity, | Case No.: 5:20-CV-09359-NC<br><br>**STIPULATION and ORDER DISMISSING ACTION AGAINST DIANA CASEY, ADAM MOON, ANDREW LOPEZ CAMERON HELMS, DIANA BARRETT, JUAN GUEVERA and SCOT SMITHEE WITH PREJUDICE** |

1

| 1 | SCOT SMITHEE in his supervisory capacity, and DOES 1 – 10, inclusive, |
|---|---|
| 2 | |
| 3 | Defendants. |

It is hereby stipulated between Plaintiff, ALAN OLVERA and the Defendants by an through their undersigned counsel of record that defendants DIANA CASEY, ADAM MOON, ANDREW LOPEZ, CAMERON HELMS, DIANA BARRETT, JUAN GUEVERA and SCOT SMITHEE should be dismissed with prejudice pursuant to F.R.C.P. 41. The parties further stipulate that each party shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: June 23, 2021        **LEONE & ALBERTS**

By: s/ *Claudia Leed*
CLAUDIA LEED, ESQ.
Attorneys for Defendants CITY OF GILROY,
DIANA CASEY, ADAM MOON, ANDREW LOPEZ,
CAMERON HELMS, DIANA BARRETT,
JUAN GUEVERA and SCOT SMITHEE

Dated: June 23, 2021        **LAW OFFICES OF GUSTAVO MAGANA**

By:        s/ *Gustavo Magana*
GUSTAVO MAGANA, ESQ.
Attorney for Plaintiff, ALAN OLVERA

**ORDER**

PURSUANT TO STIPULATION of the parties and good cause appearing, defendants DIANA CASEY, ADAM MOON, ANDREW LOPEZ, CAMERON HELMS, DIANA BARRETT, JUAN GUEVERA and SCOT SMITHEE are hereby dismissed with prejudice from this action.

IT IS SO ORDERED.

DATED:   June 25, 2021        _____
NATHANAEL M. COUSINS
MAGISTRATE JUDGE

STIPULATION & ORDER DISMISSING INDIVIDUAL DEFENDANTS        Case No. 5:20-cv-09359 NC