FILED

Jul 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
LEONE & ALBERTS
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: lleone@leonealberts.com
       cleed@leonealberts.com
       sgordon@leoneablerts.com

Attorneys for Defendants
CITY OF GILROY, DIANA CASEY, ADAM MOON, ANDREW LOPEZ
CAMERON HELMS, DIANA BARRETT, JUAN GUEVERA
and SCOT SMITHEE

GUSTAVO MAGANA, ESQ. (SBN: 305970)
THE LAW OFFICE OF GUSTAVO MAGANA
4701 Patrick Henry Dr. Bldg 16 Suite 15F
Santa Clara, CA 95054
Telephone: (408) 430-0411
Facsimile: (800) 650-9326
E-Mail: Gmaganaesq@gmail.com

Attorneys for Plaintiff ALAN OLVERA

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN OLVERA;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF GILROY, DIANA CASEY in her individual and official capacity, ADAM MOON in his individual and official capacity, ANDREW LOPEZ in his individual and official capacity, CAMERON HELMS in his individual and official capacity, DIANA BARRETT in her individual and | Case No.: 5:20-CV-09359-NC<br><br>**STIPULATION and ORDER DISMISSING THE ENTIRE ACTION AGAINST THE CITY OF GILROY WITH PREJUDICE** |

1

| | |
|---|---|
| 1 | official capacity, JUAN GUEVERA in his individual and official capacity, |
| 2 | SCOT SMITHEE in his supervisory capacity, and DOES 1 – 10, inclusive, |
| 3 | |
| 4 | Defendants. |

It is hereby stipulated between Plaintiff, ALAN OLVERA and Defendant CITY OF GILROY that the CITY OF GILROY should be dismissed with prejudice pursuant to F.R.C.P. 41. The parties further stipulate that each party shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: July 16, 2021         **LEONE & ALBERTS**

　　　　　　　　　　　　　By: s/ *Claudia Leed*
　　　　　　　　　　　　　　LOUIS A. LEONE, ESQ.
　　　　　　　　　　　　　　CLAUDIA LEED, ESQ.
　　　　　　　　　　　　　　SETH L. GORDON, ESQ.
　　　　　　　　　　　　　　Attorneys for Defendants CITY OF GILROY,
　　　　　　　　　　　　　　DIANA CASEY, ADAM MOON, ANDREW LOPEZ,
　　　　　　　　　　　　　　CAMERON HELMS, DIANA BARRETT,
　　　　　　　　　　　　　　JUAN GUEVERA and SCOT SMITHEE

Dated: July 16, 2021         **LAW OFFICES OF GUSTAVO MAGANA**

　　　　　　　　　　　　　By: s/ *Gustavo Magana*
　　　　　　　　　　　　　　GUSTAVO MAGANA, ESQ.
　　　　　　　　　　　　　　Attorney for Plaintiff, ALAN OLVERA

**ORDER**

PURSUANT TO STIPULATION of the parties and good cause appearing, defendant CITY OF GILROY is hereby dismissed with prejudice from this action.

IT IS SO ORDERED.

DATED: July 16, 2021         _____
　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　MAGISTRATE JUDGE

*[GRANTED stamp — Judge Nathanael M. Cousins, United States District Court, Northern District of California]*